# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:  ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Dana M. Sabraw

| FROM:  S. Dunbar, Deputy Clerk | RECEIVED DATE:  March 11, 2020 |
|---|---|
| CASE NO.  19-cv-00025-DMS-BLM | DOC FILED BY:  Amici Michael Buesgens aka Nevada Smith, Qui Tam Whistleblower, Realtor and Former IR Employee |
| CASE TITLE:  Sugimoto v. Inter-Con Security Systems, Inc. et al ||
| DOCUMENT ENTITLED:  Amici Michael Buesgens aka Nevada Smith Request Leave to File Evidence that Supports Plaintiff Gene Sugimoto Discrimination Complaint ||

Upon the submission of the attached document(s), the following discrepancies are noted:

LR 5(1)(h) – Filer is not a party to the case

LR 5.1(j) – Improper title

Date Forwarded:  March 12, 2020

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:  March 16, 2020     CHAMBERS OF:  The Honorable Dana M. Sabraw

cc: All Parties     By:  MD