Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600; Fax: 213.236.2700

Attorneys for Defendant,
INTER-CON SECURITY SYSTEMS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE SUGIMOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INTER-CON SECURITY SYSTEMS, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:19-cv-00025-DMS-BLM<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>[F.R.C.P., Rule 41(a)]<br><br>Judge: Honorable Dana M. Sabraw |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Rule 7.2, Plaintiff GENE SUGIMOTO ("Plaintiff") and Defendant INTER-CON SECURITY SYSTEMS, INC. ("Defendant") (inclusively, the "Parties") hereby submit this Joint Motion for Dismissal with Prejudice (the "Joint Motion"). Pursuant to this Joint Motion, the Parties agree and stipulate that the entire action shall be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure rule 41(a)(1)(A)(ii) and further agree that each party shall be responsible for their own costs and attorneys' fees except as otherwise set forth in the parties' settlement agreement and release.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

3:19-CV-00025-DMS-BLM
JOINT MOTION FOR DISMISSAL
WITH PREJUDICE

It is also agreed by and amongst the Parties that this Court will retain jurisdiction solely to resolve disputes regarding completion of the settlement, if any arise.

IT IS SO STIPULATED.

Dated: August 28, 2020        BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Susan E. Coleman*
　　　Susan E. Coleman

Attorneys for Defendant,
INTER-CON SECURITY SYSTEMS, INC.

Dated: August 28, 2020        THE GILLILAND FIRM
　　　　　　　　　　　　　　THE HANRAHAN FIRM

By: s/ *Aisling S. Gilliland*
　　　Aisling S. Gilliland, Esq.
　　　Corey P. Hanrahan

Attorneys for Plaintiff,
GENE SUGIMOTO

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

- 2 -

3:19-CV-00025-DMS-BLM
JOINT MOTION FOR DISMISSAL
WITH PREJUDICE

## SIGNATURE CERTIFICATION

Pursuant to section 2(f)(4) of the electronic case filing administrative policies and procedures manual, I hereby certify that the content of this document is acceptable to Aisling S. Gilliland and Corey P. Hanrahan, counsel for Plaintiff Gene Sugimoto, and that I have obtained Ms. Gilliland's authorization to affix her electronic signature to this document.

Dated:  August 28, 2020            BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Susan E. Coleman*
       Susan E. Coleman

Attorneys for Defendant,
INTER-CON SECURITY SYSTEMS, INC.